IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

B.M., MOTHER OF E.G. AND A.G., CHILDREN,

     Appellant,

 v.

Case No. 5D21-2792
LT Case No. 2017-10402-CJDL

DEPARTMENT OF CHILDREN
AND FAMILIES,

     Appellee.

_____/

Decision filed April 12, 2022

Appeal from the Circuit Court
for Volusia County,
Linda L. Gaustad, Judge.

Terry P. Roberts, of Law Office of Terry P.
Roberts, Tallahassee, for Appellant.

Ward L. Metzger, of Children's Legal Services,
Tallahassee, for Appellee, Department of
Children and Families.

Sara E. Goldfarb, Statewide Director of
Appeals, and Desiree Erin Fernandez, Senior
Attorney, of Statewide Guardian ad Litem
Office, Tallahassee, for Guardian ad Litem.

PER CURIAM.

    AFFIRMED.

COHEN, TRAVER and NARDELLA, JJ., concur.